KEVIN F. MACMILLAN ET AL. *v.* HARRISON
SCOTT HIGGINS ET AL.

*Kevin F. MacMillan,* pro se, in support of the petition.

*Eric D. Grayson,* in opposition.

Decided June 4, 2003

TUXIS-OHR'S, INC. *v.* LOUIS GHERLONE ET AL.

NORCOTT, J., did not participate in the consideration
or decision of this petition.

*Bradley K. Cooney,* in support of the petition.

*Vincent T. McManus, Jr.,* in opposition.

Decided June 4, 2003

HOUSING AUTHORITY OF THE CITY OF NEW
LONDON *v.* STATE BOARD OF LABOR
RELATIONS ET AL.

The Supreme Court docket number is SC 17007.